UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

NO. 1:20MJ-45-HBB

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT
REGARDING BARRET LAWRENCE

## ORDER

Upon motion of the United States of America, by counsel, Russell M. Coleman, United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all affidavits, applications, orders, and material relating to the above matter and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

May 8, 2020
Date

H. Brent Brennenstuhl
**United States Magistrate Judge**

**ENTERED**
VANESSA L ARMSTRONG, CLERK
May 08, 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY