UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

UNITED STATES OF AMERICA                                                        **PLAINTIFF**

CASE NO.: 1:20-mj-45

vs.                                                                     ORDER

**BARRET LAWRENCE**                                                    **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel IS GRANTED.

**IT IS FURTHER ORDERED** that William M. Butler, Jr., 500 West Jefferson Street, Suite 1520, Louisville, Kentucky 40202, Tel-(502) 582-2020   Fax (502) 583-8007, email: wmb@kycriminallawyer.com; Ashley Witte Dawson, 810 Sycamore Street Floor 5, Cincinnati, Ohio 45202, Tel-(513) 564-0088   Fax (513) 263-9089, email: ashleytheattorney@yahoo.com and Adam Boyd Bleile, 810 Sycamore Street Floor 5, Cincinnati, Ohio 45202, Tel-(513) 564-0088 Fax (513) 263-9089,email: adamtheattorney@yahoo.com are entered as attorneys of record.

                                                                _____
                                                                JUDGE BRENNENSTUHL
                                                                U.S. DISTRICT COURT

                                                               _____
                                                               DATE