

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

BARRET LAWRENCE

INDICTMENT

NO. 1:20-CR-9-GNS

18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1
*(Receipt of Child Pornography)*

On or about and between January 18, 2014, and August 15, 2014, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **BARRET LAWRENCE**, knowingly received any material that contained child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and transported in and affecting interstate and foreign commerce by any means, including by computer

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2
*(Attempted Receipt of Child Pornography)*

On or about May 21, 2019, in the Western District of Kentucky, Simpson County,

Kentucky, the defendant, **BARRET LAWRENCE**, knowingly attempted to receive any material that contained child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and transported in and affecting interstate and foreign commerce by any means, including by computer

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3
*(Accessing With the Intent to View Child Pornography)*

On or about May 21, 2019, in the Western District of Kentucky, Simpson County, Kentucky, the defendant, **BARRET LAWRENCE**, knowingly accessed, with intent to view, material that contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

The Grand Jury further charges:

## COUNT 4
*(Possession of Child Pornography)*

On or about March 26, 2020, in the Western District of Kentucky, Simpson County, Kentucky, the defendant, **BARRET LAWRENCE**, knowingly possessed material that contained child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and

transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing the offenses set out in Counts 1 – 4 of the Indictment, violations of 18 U.S.C. §§ 2252A(a)(2)(B), 2252A(a)(5)(B), 2252A(b)(1), and 2252A(b)(2), felonies punishable by imprisonment for more than one year, the defendant, **BARRET LAWRENCE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JEL:200609

3

UNITED STATES OF AMERICA v. **BARRET LAWRENCE**

## PENALTIES

Counts 1 & 2:   NL 5 yrs./NM 20 yrs./$250,000/both//NL 5 yrs./NM Life Supervised Release (per count)
　　　　　　　With prior conviction: NL 15 yrs/NM 40 yrs.
Counts 3 & 4:   NM 10 yrs./ $250,000/both/NL 5 yrs./NM Life supervised release
　　　　　　　With prior conviction: NL 10 yrs/NM 20 yrs.

*mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)(per count)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual　　　　　Felony:   $100 per count/individual
　　　　　　　　$125 per count/other　　　　　　　　　　　$400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.   You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.   18 U.S.C. §§ 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

　　1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

　　　　For offenses occurring after December 12, 1987:

　　　　No **INTEREST** will accrue on fines under $2,500.00.

　　　　**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.   This rate changes monthly.   Interest accrues from the first business day following the two week period after the date a fine is imposed.

　　　　**PENALTIES** of:

　　　　10% of fine balance if payment more than 30 days late.

　　　　15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.   18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:     Clerk, U.S. District Court
                106 Gene Snyder U.S. Courthouse
                601 West Broadway
                Louisville, KY   40202
                502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
                120 Federal Building
                241 East Main Street
                Bowling Green, KY   42101
                270/393-2500

OWENSBORO:      Clerk, U.S. District Court
                126 Federal Building
                423 Frederica
                Owensboro, KY   42301
                270/689-4400

PADUCAH:        Clerk, U.S. District Court
                127 Federal Building
                501 Broadway
                Paducah, KY   42001
                270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

**BARRET LAWRENCE**

### INDICTMENT

**COUNT 1**
*Receipt of Child Pornography*
18 U.S.C. §§2252A(a)(2)(B) and 2252A(b)(1)

**COUNT 2**
*Attempted Receipt of Child Pornography*
18 U.S.C. §§2252A(a)(2)(B) and 2252A(b)(1)

**COUNT 3**
*Accessing With the Intent to View Child Pornography*
18 U.S.C. §§2252A(a)(5)(B) and 2252A(b)(2)

**COUNT 4**
*Possession of Child Pornography*
18 U.S.C. §§2252A(a)(5)(B) and 2252A(b)2)

**FORFEITURE**

*A true bill.*

                                                                                      Foreperson

**FILED**
VANESSA L. ARMSTRONG, CLERK
*Filed in open court this 17th day of June, 2020.*

JUN 17 2020

U.S. DISTRICT COURT                                        Clerk
WEST'N. DIST. KENTUCKY

*Bail, $*