

# Case Assignment
## Standard Criminal Assignment

Case number **1:20CR-9-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 6/17/2020 3:19:32 PM
Transaction ID: 36847

Request New Judge    Return