**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA            PLAINTIFF

vs.           CRIMINAL ACTION NUMBER 1:20-CR-9-GNS

BARRET LAWRENCE            DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*Jo Lawless*

Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7065
FAX: (502) 582-6097
Email: jo.lawless@usdoj.gov