AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> BARRET LAWRENCE ) <br> *Defendant* ) | Case No.   1:20-cr-00009-GNS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barret Lawrence                                                                                                   .

Date:    6/18/2020                                         s/ ASHLEY WITTE DAWSON
                                                                        *Attorney's signature*

                                                                        Ashley Witte Dawson 93745
                                                                        *Printed name and bar number*

                                                                        810 Sycamore Street Fifth Floor
                                                                        Cincinnati, Ohio 45202
                                                                        *Address*

                                                                        ashleytheattorney@yahoo.com
                                                                        *E-mail address*

                                                                        (513) 564-0088
                                                                        *Telephone number*

                                                                        (513) 263-9089
                                                                        *FAX number*