AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky  ▼

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  1:20-cr-00009-GNS |
| BARRET LAWRENCE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barret Lawrence                                                                                          .

Date:     06/19/2020

s/ ADAM BOYD BLEILE
*Attorney's signature*

Adam Boyd Bleile 0071210
*Printed name and bar number*

810 Sycamore Street
Fifth Floor
Cincinnati, OH  45202

*Address*

adamtheattorney@yahoo.com
*E-mail address*

(513) 564-0088
*Telephone number*

(513) 263-9089
*FAX number*