**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION NO. 1:20-CR-00009-GNS**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.

BARRET LAWRENCE (1)                                                                   DEFENDANT

**ORDER**

A telephonic further proceeding was held on October 20, 2020.

Appearing by phone:
For the Plaintiff:        Jo E. Lawless, Assistant United States Attorney
For the Defendant:   William M. Butler, Jr., Retained Counsel
                              Ashley W. Dawson, Retained Counsel

These proceedings were digitally recorded via Court ECRO Jessica Mercer.

**IT IS ORDERED:**

**An in-person further proceeding** is set on **November 23, 2020 at 9:30 a.m. CST**, U.S. District Court, Bowling Green, Kentucky. If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at (270) 393-2505 or traci_duff@kywd.uscourts.gov.

Counsel requested additional time to review discovery, confer with the client and the United States Attorney, and to consider any possible resolution. The parties agreed this time should be excluded from the Speedy Trial Act.

Defendant agrees, in the interest of justice, and pursuant to 18 USC §3161(h)(7)(A) §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **October 20, 2020** and **November 23, 2020** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

cc:  Counsel of Record
BG | 03

October 22, 2020