**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN**

**UNITED STATES OF AMERICA**  **PLAINTIFF**

CRIMINAL ACTION NO.: 1:20-cr-00009-GNS

vs.  **UNOPPOSED MOTION TO CHANGE IN-PERSON FURTHER PROCEEDING TO TELEPHONIC FURTHER PROCEEDING**

**BARRET LAWRENCE**  **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, by counsel and moves that the in-person further proceeding set for November 23, 2020 at 9:30 a.m. CST in Bowling Green, Kentucky be changed to a telephonic further proceeding.

As grounds for this Motion, counsel states that the Defendant will not be accepting the plea agreement that counsel has discussed with him at prior meetings. Therefore, more time will be needed to thoroughly discuss his options. Because of this an in-person further proceeding will not further the case.

Additionally, undersigned counsel has been in contact with Assistant United States Attorney Jo Lawless and the Government does not oppose this Motion.

**WHEREFORE**, for the foregoing reasons, counsel requests that the in-person further proceeding set for November 23, 2020 be changed to a telephonic further proceeding.

                    Respectfully submitted,

                    s/ WILLIAM M. BUTLER, JR.
                    William M. Butler, Jr.
                    500 West Jefferson Street, Suite 1520
                    Louisville, Kentucky 40202
                    Tel-(502) 582-2020   Fax (502) 583-8007
                    Email: wmb@kycriminallawyer.com

| s/ ADAM BOYD BLEILE | s/ ASHLEY WITTE DAWSON |
|---|---|
| Adam Boyd Bleile | Ashley Witte Dawson |
| 810 Sycamore Street Floor 5 | 810 Sycamore Street Floor 5 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Tel-(513) 564-0088  Fax (513) 263-9089 | Tel-(513) 564-0088  Fax (513) 263-9089 |
| Email: adamtheattorney@yahoo.com | Email: ashleytheattorney@yahoo.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020 I emailed a copy of the foregoing to the Honorable Jo Lawless, Assistant United States Attorney at jo.lawless@usdoj.gov.

                    s/ WILLIAM M. BUTLER, JR.
                    William M. Butler, Jr.

                    s/ ASHLEY WITTE DAWSON
                    Ashley Witte Dawson

                    s/ ADAM BOYD BLEILE
                    Adam Boyd Bleile