## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

                                        CRIMINAL ACTION NO.: 1:20-cr-00009-GNS

**vs.**                                        **ORDER**

**BARRET LAWRENCE**                                                **DEFENDANT**

\* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to change the In-Person Further Proceeding set for November 23, 2020 at 9:30 a.m. CST to a telephonic further proceeding IS GRANTED.