# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

                                          **CRIMINAL ACTION NO.: 1:20-cr-00009-GNS**

vs.                                                **ORDER**

**BARRET LAWRENCE**                                                       **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to change the In-Person Further Proceeding set for November 23, 2020 at 9:30 a.m. CST to a telephonic further proceeding IS GRANTED.

Greg N. Stivers, Chief Judge
United States District Court

November 9, 2020