UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:20-CR-00009-GNS

UNITED STATES OF AMERICA            PLAINTIFF

v.

BARRET LAWRENCE (1)            DEFENDANT

**ORDER**

A telephonic further proceeding was held on November 23, 2020.

Appearing by phone:
For the Plaintiff:     Jo E. Lawless, Assistant United States Attorney
For the Defendant:   William M. Butler, Jr., Retained Counsel
                           Ashley W. Dawson, Retained Counsel

These proceedings were digitally recorded via Court ECRO Jessica Mercer.

**IT IS ORDERED:**

**An telephonic further proceeding** is set on **January 26, 2021 at 2:00 p.m. CST/3:00 p.m. EST.** The Court will initiate the call. If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at (270) 393-2505 or traci_duff@kywd.uscourts.gov.

Counsel requested additional time to review discovery, confer with the client and the United States Attorney, and to consider any possible resolution. The parties agreed this time should be excluded from the Speedy Trial Act.

Defendant agrees, in the interest of justice, and pursuant to 18 USC §3161(h)(7)(A) §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **November 23, 2020** and **January 26, 2021** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

November 24, 2020

cc:    Counsel of Record
BG | 06