**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN**

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

**CRIMINAL ACTION NUMBER: 1:20-cr-00009-GNS**

*ELECTRONICALLY FILED*

vs.

**ORDER**

**BARRET LAWRENCE**                                                                                       **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's request to have a psychological interview conducted by Dr. Kenneth J. Manges and Associates, 810 Sycamore Street, Suite 203, Cincinnati Ohio 45202 IS GRANTED.

**IT IS FURTHER ORDERED** that the interview shall be conducted via Zoom video conference.