# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN

**UNITED STATES OF AMERICA**                        **PLAINTIFF**

**CRIMINAL ACTION NUMBER: 1:20-cr-00009-GNS**

*ELECTRONICALLY FILED*

vs.

<u>**DEFENDANT'S UNOPPOSED MOTION**</u>

<u>**FOR PSYCHOLOGICAL INTERVIEW**</u>

**BARRET LAWRENCE**                                             **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, BARRET LAWRENCE, by counsel and moves this Court for a psychological interview via Zoom video conference to be conducted by Dr. Kenneth J. Manges and Associates, 810 Sycamore Street, Suite 203, Cincinnati Ohio 45202.

Additionally, undersigned counsel has been in contact with Assistant United States Attorney Jo Lawless and the Government does not oppose this Motion.

                                      Respectfully submitted,

                                      <u>s/ William M. Butler, Jr.</u>
                                      WILLIAM M. BUTLER, JR.
                                      500 West Jefferson Street
                                      Suite 1520
                                      Louisville, Kentucky 40202
                                      (502) 582-2020
                                      wmb@kycriminallawyer.com

| <u>s/ Adam Boyd Bleile</u> | <u>s/ Ashley Witte Dawson</u> |
|---|---|
| ADAM BOYD BLEILE | ASHLEY WITTE DAWSON |
| 810 Sycamore Street Floor 5 | 810 Sycamore Street Floor 5 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Tel-(513) 564-0088  Fax (513) 263-9089 | Tel-(513) 564-0088  Fax (513) 263-9089 |
| Email: adamtheattorney@yahoo.com | Email: ashleytheattorney@yahoo.com |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of January, 2021 I electronically filed the Defendant's Unopposed Motion for Psychological Interview with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the Honorable Jo Lawless, Assistant United States Attorney.

                                                  s/ William M. Butler, Jr.
                                                  WILLIAM M. BUTLER, JR.