UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

**UNITED STATES OF AMERICA**                                                                                  **PLAINTIFF**

CRIMINAL ACTION NUMBER: 1:20-cr-00009-GNS

*ELECTRONICALLY FILED*

vs.

<u>ORDER</u>

**BARRET LAWRENCE**                                                                                              **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's request to have a psychological interview conducted by Dr. Kenneth J. Manges and Associates, 810 Sycamore Street, Suite 203, Cincinnati Ohio 45202 IS GRANTED.

**IT IS FURTHER ORDERED** that the interview shall be conducted via Zoom video conference.

Greg N. Stivers, Chief Judge
United States District Court

January 12, 2021