# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CRIMINAL ACTION NO. 1:20-CR-00009-GNS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

v.

| | |
|---|---|
| BARRET LAWRENCE (1) | DEFENDANT |

### ORDER

A telephonic further proceeding was held on March 16, 2021.

Appearing by phone:
For the Plaintiff:    Jo E. Lawless, Assistant United States Attorney
For the Defendant:    William M. Butler, Jr., Retained Counsel
                      Ashley W. Dawson, Retained Counsel

These proceedings were digitally recorded via Court ECRO Jessica Mercer.

**IT IS ORDERED:**

**A telephonic further proceeding** is set on **April 26, 2021 at 2:15 p.m. CDT/3:15 p.m. EDT.** The Court will initiate the call. If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at (270) 393-2505 or traci_duff@kywd.uscourts.gov.

Counsel requested additional time to review discovery, confer with the client and the United States Attorney, and to consider any possible resolution. The parties agreed this time should be excluded from the Speedy Trial Act.

Defendant agrees, in the interest of justice, and pursuant to 18 USC §3161(h)(7)(A) §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **March 16, 2021** and **April 26, 2021** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

March 16, 2021

cc:    Counsel of Record
BG | 04