UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 1:20-CR-00009-GNS

BARRET LAWRENCE                                              DEFENDANT

NOTICE OF ENTRY OF APPEARANCE
- Electronically Filed -

Assistant United States Attorney Stephanie Zimdahl hereby enters her appearance of

record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney


/s/Stephanie Zimdahl
Stephanie Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel for the defendant.

/s/ Stephanie Zimdahl
Stephanie Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911