

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL ACTION NO. 1:20-CR-00009-GNS**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

vs.

**BARRET LAWRENCE (1)**             **DEFENDANT**

### ACKNOWLEDGEMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

October 13, 2021             /s/ Barret Lawrence
Date             Defendant's signature