UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                      PLAINTIFF

CRIMINAL ACTION NO.: 1:20-CR-00009-GNS

*ELECTRONICALLY FILED*

Vs.

**ORDER**

BARRET LAWRENCE                                                               DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant Barret Lawrence's Motion for Leave to file his Sentencing Memorandum Under Seal IS GRANTED.

Greg N. Stivers, Chief Judge
United States District Court

October 14, 2021